IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST ANDREWS LINKS LIMITED,<br><br>                    Plaintiff,<br><br>v.<br><br>ST. ANDREWS OF SCOTLAND, LLC,<br>ST. ANDREWS OF SCOTLAND<br>INTERNATIONAL, LLC,<br>STREETWEAR, INC.<br>                    Defendants. | Civil Action No. _____<br><br>**COMPLAINT**<br><br>**Demand for Jury Trial** |

    Plaintiff St Andrews Links Limited ("St Andrews Links"), by its undersigned attorneys,

bring this Complaint against Defendants St. Andrews of Scotland, LLC, ("St. Andrews of

Scotland"), St. Andrews of Scotland International, LLC ("St. Andrews of Scotland

International"), Streetwear, Inc. ("Streetwear") (collectively, "Defendants") for trademark

infringement, false designation of origin, unfair competition, trademark dilution, counterfeiting

and false advertising under the Lanham Act 15 U.S.C. § 1051 *et. seq.* and vicarious and

contributory liability as detailed herein.


**JURISDICTION AND VENUE**

    1.    This Court has subject matter jurisdiction over St Andrews Links' claims pursuant

to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the

Lanham Act, 15 U.S.C. §§ 1114, 1116, 1117, 1125(a) and 1125(c).

    2.    This Court has personal jurisdiction over Defendants because, upon information

and belief, they all have conducted and routinely conduct, solicit and/or transact business within

this judicial district, derive substantial revenue from the sale, distribution and/or manufacture of goods or services within this judicial district, and/or have otherwise established constitutionally sufficient contacts in this judicial district to permit this Court's exercise of personal jurisdiction.

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district and each party is subject to personal jurisdiction in this judicial district.


## THE PARTIES

4.      St Andrews Links is a United Kingdom entity having a principal place of business in Pilmour House, St. Andrews Fife KY16 9SF, United Kingdom.

5.      Upon information and belief, St. Andrews of Scotland is a Florida limited liability company with a principal place of business at 265 Ocean Way, Vero Beach, FL 32963.

6.      Upon information and belief, St. Andrews of Scotland International is a Florida limited liability company with a principal place of business at 265 Ocean Way, Vero Beach, FL 32963.

7.      Upon information and belief, Streetwear is a Massachusetts Corporation having a principal place of business at 40 Kenwood Circle, Suite 10, Franklin, MA 02038.


## FACTUAL BACKGROUND

8.      St Andrews Links is a wholly owned subsidiary of St Andrews Links Trust.

9.      St Andrews Links Trust and its subsidiaries, including St Andrews Links, operate seven golf courses, including the world renowned "Old Course," which is known as the world's

oldest golf course, and is a frequent host of the Open Championship ("British Open"), the oldest of four major championships in men's golf.

10.     St Andrews Links, St Andrews Links Trust and the courses they operate are known worldwide as the "Home of Golf," where the game of golf was developed and has been played since the 15th century.  St Andrews Links is also the largest golfing complex in Europe.

11.     The iconic "Swilcan Bridge" is a famous stone bridge located on St Andrews Links' Old Course.  The Swilcan Bridge is a unique identifier and recognizable symbol of St Andrews Links.

12.     St Andrews Links, in particular the Old Course, is a world-renowned destination and golf course.  St Andrews Links first held the British Open in 1873 and has hosted this prestigious tournament 28 times.  St Andrews Links most recently hosted the British Open in 2010 and is preparing to host the tournament again in 2015.

13.     St Andrews Links' Old Course has long held a leading position in international golf course rankings and is widely considered one of the finest, and certainly the most famous and traditional, courses in the world.

14.     St Andrews Links provides a wide-range of golf-related goods and services, including, but not limited to, retail services featuring a variety of high quality retail merchandise including gift items, menswear, ladieswear, headwear and golf accessories.

15.     The above goods and services are provided and used under and by reference to the well-known marks ST ANDREWS and OLD COURSE and also by the well-known trademarks ST ANDREWS LINKS, THE OLD COURSE, ST ANDREWS LINKS, HOME OF GOLF and the following trademarked logos:









16.     St Andrews Links has continually used the above referenced trademarks in commerce in the United States and around the world.

17.     Through the United States Patent and Trademark Office ("USPTO"), St Andrews Links has numerous registrations and applications for its trademarked terms, including, *inter alia*, Registration ("Reg.") No. 2,169,764 for the mark ST ANDREWS in Class 18 (leather goods) and Class 28 (sporting goods); Reg. No. 2,169,765 for the mark ST ANDREWS in Class 25 (clothing); Reg. No. 3,335,601 for the mark ST ANDREWS in Class 35 (retail sporting goods store services);  Reg. No. 3,494,711 for the mark ST ANDREWS LINKS in Class 41 (educational, cultural and entertainment activities); Reg. No. 3,748,135 for the mark ST

4

ANDREWS LINKS in Class 14 (jewelry);  Reg. No. 3,571,702 for the mark ST ANDREWS

LINKS in Class 25 (clothing); Reg. No. 3,594,357 for the mark ST ANDREWS LINKS in Class

28 (sporting goods); Reg. No. 4,122,224 for the mark ST ANDREWS LINKS in Class 16

(publications); Reg. No. 4,164,967 for the mark ST ANDREWS in Class 9 (computer software

and games) and Class 28 (sporting goods); Reg. No. 4,176,042 for the mark ST ANDREWS

LINKS in Class 9 (computer software and games), Class 28 (sporting goods) and Class 41

(educational, cultural and entertainment activities); Reg. No. 4,036,851 for the mark HOME OF

GOLF in Class 16 (publications), Class 18 (leather goods), Class 24 (textiles), Class 25

(clothing), Class 28 (sporting goods), and Class 41 (educational, cultural and entertainment

activities); Serial No. 77/721,651 for the mark ST ANDREWS LINKS in Class 43 (food and

beverage services) and Class 44 (health and wellness services); Serial No. 77/721,660 for the

mark ST ANDREWS in Class 43 (food & beverage services) and Class 44 (health and wellness

services); Serial No. 85/518,479 for the mark ST ANDREWS in Class 41 (educational, cultural

and entertainment activities); Serial No. 85/490,524 for the mark HOME OF GOLF in Class 9

(computer software and games), Class 14 (jewelry), Class 18 (leather goods), Class 21 (drinking

glasses), Class 28 (sporting goods), Class 35 (online retail services), Class 39 (sightseeing tours),

Class 43 (food and beverage services), Class 44 (health and wellness services); and Serial No.

77/419,549 for the mark HOME OF GOLF in Class 9 (computer software and games).

18.     Through the USPTO, St Andrews Links has numerous registrations and

applications for its trademarked logos, including, *inter alia*, Reg. No. 3,933,229 for a design

incorporating the Swilcan Bridge in Class 9 (computer software and games), Class 16

(publications), Class 24 (textiles), Class 25 (clothing), Class 28 (sporting goods), Class 37

(building construction) and Class 41 (educational, cultural and entertainment activities); Reg.

No. 4,214,113 for a design incorporating the Swilcan Bridge in Class 16 (publications), Class 25

(clothing), Class 28 (sporting goods), and Class 41 (educational, cultural and entertainment

activities); Serial No. 77/614,419 for the mark THE OLD COURSE ST ANDREWS LINKS and

Design in Class 9 (computer software and games), Class 16 (publications), Class 24 (textiles),

Class 25 (clothing), Class 28 (sporting goods), Class 37 (building construction) and Class 41 (educational, cultural and entertainment activities); Serial No. 78/912,784 for the mark THE OLD COURSE ST ANDREWS LINKS and Design in Class 9 (computer software and games), Class 16 (publications), Class 18 (leather goods), Class 25 (clothing), Class 28 (sporting goods), Class 29 (food items), Class 30 (snack foods), Class 33 (alcoholic beverages), Class 35 (online retail services) and Class 41 (educational, cultural and entertainment activities); and Serial No. 85/214,858 for a design incorporating the Swilcan Bridge in Class 25 (clothing), Class 28 (sporting goods), Class 35 (online retail services), and Class 41 (educational, cultural and entertainment activities).

19.    The fame and popularity of St Andrews Links has enabled it to establish numerous partnerships and trademark licensing agreements with other famous companies including, *inter alia*, Allianz, Brooks Brothers, Rolex, About Golf, Callaway Golf, Electronic Arts, Golfzon, Linda Hartough Gallery, HD Golf, Jaermann & Stübi, Montegrappa and World Golf Tour.

20.    St Andrews Links' trademarks appear on its goods, labels, packaging, advertising, promotional and collateral materials, as well as on its official website, www.standrews.org.uk.

21.    St Andrews Links' trademarks appear on the goods, labels, packaging, advertising, promotional and collateral material and the official websites of its partners and licensees highlighted in paragraph 19.

22.    St Andrews Links has engaged in substantial marketing, which includes leaflets, brochures and other promotional and advertising materials that have been published and distributed to the public.

23.    St Andrews Links has continually used its trademarks in connection with is products and services, *inter alia*, golf apparel, and St Andrews Links' trademarks have been extensively advertised and promoted.  Through extensive sales, promotion, and use, the marks ST ANDREWS, ST ANDREWS LINKS and HOME OF GOLF and as well as images of the

Swilcan Bridge have come to be associated with St Andrews Links and identify St Andrews Links as the source of goods and services offered in connection with these marks.

## DEFENDANTS' INFRINGEMENT

24.     On September 10, 2007 and September 11, 2007, St. Andrews of Scotland International Ltd. filed 43 trademark applications by which it was seeking to register the marks "ST. ANDREWS OF SCOTLAND" and "ST. ANDREWS GOLF."

25.     St. Andrews of Scotland International Ltd. listed its address as 442 Century Lane, Suite 100, Holland, MI 49423 on the trademark applications.  The trademark applications also listed it as a corporation organized under the laws of the Bahamas.

26.     On July 24, 2008, the USPTO issued an Office Action refusing the registration of certain of the applications filed by St. Andrews of Scotland International Ltd.

27.     In the July 24, 2008 Office Action issued relative to U.S. Trademark Application Serial No. 77/276,650, the USPTO acknowledged the fame and popularity of St Andrews Links by stating that the "golf courses of St. Andrews, Scotland are extremely famous for being the birthplace of golf and the home to the British Open." *See* Exhibit 1.  The same statement was also made relative to other applications.

28.     On November 11, 2008, St Andrews Links filed an opposition to 18 of the trademark registration applications filed by St. Andrews of Scotland International Ltd. because the marks were confusingly similar to and were clearly infringing upon St. Andrews Links' trademarks.

29.     On or around December 29, 2008, St. Andrews of Scotland International Ltd. filed an abandonment of all 18 trademark applications.

30.     As a result of the abandonments filed by St. Andrews of Scotland International Ltd., the Trademark Trial and Appeal Board (TTAB) issued a default judgment in favor of St Andrews Links on December 31, 2008.  The trademarks that were the subject of this proceeding were never registered.

31.     Streetwear operates a website at www.streetwearinc.com.

32.     On Streetwear's website, Streetwear purports to be a "Boston based apparel specialist" and states that it is a "licensee in a wide range of active apparel classifications."

33.     On May 15, 2012, Streetwear issued a press release announcing that Streetwear had entered into an agreement with St. Andrews of Scotland International, LLC to design, manufacture and distribute golf apparel under the "St. Andrews of Scotland Royal Crest Apparel Collection."

34.     Upon information and belief, St. Andrews of Scotland, LLC and St. Andrews of Scotland International, LLC are the same entities as, or are otherwise associated with, St. Andrews of Scotland International Ltd.

35.     Streetwear's May 2012 press release quotes Will Cooper, who, upon information and belief, is the head of the golf division at Streetwear, where he suggests that the St. Andrews of Scotland golf apparel is "symbolic of the recognized home of golf."

36.     Streetwear's May 2012 press release expressly mentions U.S. Registration No. 3,649,255 for the following logo:



37.     On July 10, 2012, Streetwear issued another press release announcing that it was preparing to release the new "St. Andrews of Scotland Apparel Collection" which includes golf shirts, golf pants, jackets and sweaters.  The press release states that the collection will launch in retail stores in the Spring of 2013.

38.     Streetwear's website displays a logo that incorporates the phrase "St. Andrews of Scotland" under the logo depicted in paragraph 36.  An example of this logo is displayed below:



39.     Upon information and belief, the logo depicted in paragraph 38 is the logo that Streetwear purportedly licensed from St. Andrews of Scotland International, which includes the phrase "St. Andrews of Scotland" and the logo depicted in paragraph 36.

40.     Upon information and belief, Streetwear will be a vendor exhibiting at the upcoming PGA Merchandise Show in Orlando, Florida that will be hosted between January 24, 2013 and January 26, 2013.

41.     Upon information and belief, Defendants advertise "St. Andrews of Scotland" as being a mark registered by the USPTO.

42.     Streetwear engages in unauthorized use of images of St Andrews Links golf courses, including, but not limited to, images depicting the iconic Swilcan Bridge.

43.     Upon information and belief, Defendants have taken these actions with the intent to confuse actual and potential customers into believing that the Defendants are affiliated with or are otherwise associated with St. Andrews Links.

44.     Upon information and belief, Defendants are knowingly, intentionally, and willfully infringing upon St. Andrews Links' trademarks and are selling goods with counterfeit logos.

45.     Upon information and belief, Defendants have acted with full knowledge of St Andrews Links' prior rights in/to marks incorporating ST ANDREWS, ST ANDREWS LINKS, HOME OF GOLF or anything confusingly similar.

**COUNT I**
**Trademark Infringement**
**Against Streetwear**
**(15 U.S.C. §1114(1))**

46.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

47.     St Andrews Links has continually used its trademarks as a source identifier in connection with its products and services in interstate commerce within the United States and around the world.

48.     Without authorization or consent of St Andrews Links, Streetwear has used trademarks and designations that are confusingly similar to St Andrews Links' trademarks. Furthermore, Streetwear sells, offers for sale, distributes and/or advertises goods and services to the general public in competition with St Andrews Links' sales, distribution, and advertisement of genuine St Andrews Links golf apparel.

49.     Streetwear's use of St Andrews Links' trademarks and similar designations for competing goods and services is likely to cause confusion, mistake, and deception among the

general public as to the origin of the goods and services, or as to whether Streetwear is sponsored by/affiliated with, or otherwise connected to St Andrews Links in violation of 15 U.S.C. § 1114(1).

50.     By using St Andrews Links' trademarks and confusingly similar designations, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with such marks and/or confusingly similar variants thereof, for profit and without St Andrews Links' authorization, Streetwear is depriving St Andrews Links of its exclusive right to control, and benefit from its trademarks.  If permitted to continue, Streetwear's actions will nullify St Andrews' Links right to exclusive use of its trademarks, free from infringement, and will have a substantial and adverse effect on St Andrews Links' existing and projected future interstate business of marketing products and services identified by its trademarks.

51.     St Andrews Links has been damaged by Streetwear's activities and conduct. Streetwear has profited thereby and, unless its conduct is enjoined, St Andrews Links' good will and reputation will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.

52.     By using St Andrews Links' trademarks and confusingly similar designations, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with such marks, Streetwear has intentionally and knowingly infringed St Andrews Links' rights.

## COUNT II
### Unfair Competition and False Designation of Origin
### Against Streetwear
### (15 U.S.C. §1125(a))

53.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

54.     Streetwear has used marks that are likely to cause confusion, mistake, and deception among the general public as to the origin of the goods and services, or as to whether Streetwear is sponsored by, affiliated with, or otherwise connected with St Andrews Links in violation of 15 U.S.C. §1125(a).

55.     Streetwear's use of the term "home of golf" in connection with its goods, services and advertising is likely to cause confusion, mistake, and deception among the general public as to the origin of its goods and services, or as to whether Streetwear is sponsored by, affiliated with, or otherwise connected with St Andrews Links in violation of 15 U.S.C. §1125(a). Specifically, Streetwear's actions are likely to cause confusion with St Andrews Links' USPTO trademark registrations and applications for the mark HOME OF GOLF, including, *inter alia*, Reg. No. 4,036,851; Serial No. 85/490,524; and Serial No. 77/419,549.

56.     Streetwear's use of images of St Andrews Links' golf courses, including, *inter alia*, images depicting the Swilcan Bridge, is likely to cause confusion, mistake, and deception among the general public as to the origin of its goods and services, or as to whether Streetwear is sponsored by, affiliated with, or otherwise connected with St Andrews Links in violation of 15 U.S.C. §1125(a). Specifically, Streetwear's actions are likely to cause confusion with St Andrews Links' USPTO trademark registrations and applications, including, *inter alia*, Reg. No. 3,933,229; Reg. No. 4,214,113; Serial No. 85/214,858; and Serial No. 77/614,419.

57.     St Andrews Links has been damaged by Streetwear's activities and conduct. Streetwear has profited thereby and, unless its conduct is enjoined, St Andrews Links' reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

58.     By using St Andrews Links' trademarks and confusingly similar designations, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with such marks, Streetwear has intentionally and knowingly infringed St Andrews Links' rights.

### COUNT III
### False Designation of Geographic Origin
### Against All Defendants
### (15 U.S.C. §1125(a)(1)(B))

59.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

60.     Defendants use the term "St. Andrews of Scotland" as part of their trade name and/or as a trademark on their golf apparel.

61.     As set forth herein, St Andrews, Scotland, and St Andrews Links in particular, are well-known as the place where golf was created.

62.     Upon information and belief, Defendants' business does not originate from, or is otherwise directly associated with the town of St Andrews, Scotland.

63.     Defendants' use of the term "St. Andrews of Scotland" misrepresents the geographic origin of their goods and services, thereby causing consumers to believe that their products originate from, or is otherwise directly associated with the town of St Andrews, Scotland and/or St Andrews Links.

64.     Defendants' conduct amounts to false designation of geographic origin in violation of 15 U.S.C. §1125(a)(1)(B).

## COUNT IV
### Trademark Dilution
### Against Streetwear
### (15 U.S.C. §1125(c))

65.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

66.     As set forth herein, St Andrews Links' trademarks are distinctive, within the meaning of 15 U.S.C. §1125(c)(1).

67.     Through extensive use, sales, advertising, promotion, and continuity, St Andrews Links' trademarks have become famous, within the meaning of 15 U.S.C. §1125(c)(1).

68.     Streetwear's use of its trademarks is impairing the distinctive nature of St Andrews Links' trademarks and is thereby causing dilution by blurring within the meaning of 15 U.S.C. §1125(c)(1).

69.     Streetwear's dilution actions entitle St Andrews Links to an injunction pursuant to 15 U.S.C. §1125(c)(1).

## COUNT V
### Counterfeiting
### Against Streetwear
### (15 U.S.C. §1116(d))

70.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

71.     As set forth herein, Streetwear's marks are substantially indistinguishable from St Andrews Links' trademarks that are registered on the Principal Register.

72.     St Andrews Links has not authorized Streetwear to use its trademarks.

73.    Streetwear is intentionally and knowingly using counterfeit marks in order to cause the ordinary consumer to be unable to distinguish between St Andrews Links' genuine trademarks and the Streetwear's counterfeit marks.

74.    Streetwear is using its counterfeit marks in connection with the same goods and services with which St Andrews Links uses its trademarks.

75.    Streetwear's use of the counterfeit marks is damaging the reputation and good will associated with St Andrews Links and its official trademarks.

76.    Unless Streetwear's conduct is enjoined, St Andrews Links will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

77.    Streetwear's counterfeiting actions entitle St Andrews Links to statutory damages pursuant to 15 U.S.C. § 1117(c).

## COUNT VI
### False Advertising
### Against Streetwear
### (15 U.S.C. §1125(a)(1)(B))

78.    St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

79.    In commercial advertising and promotion, Streetwear falsely purports that "St. Andrews of Scotland" as being a mark duly registered on the principal register of the USPTO in violation of 15 U.S.C. § 1125(a)(1)(B).

80.    Upon information and belief, Streetwear's advertising is literally false because there is no registration for "St. Andrews of Scotland" attributed to any Defendant on the principal register of the USPTO.

81.    Streetwear's false advertising harms St Andrews Links because it misleads the consuming public into believing that Streetwear's marks are valid and non-infringing.

## COUNT VII
### Contributory Liability
### Against St. Andrews of Scotland & St. Andrews of Scotland International

82.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

83.     Upon information and belief, St. Andrews of Scotland and St. Andrews of Scotland International provided Streetwear with a license to use the infringing trademarks in connection with its goods and services.

84.     St. Andrews of Scotland and St. Andrews of Scotland International have intentionally induced Streetwear to infringe upon St Andrews Links' trademarks.

85.     Through their licensing agreement, St. Andrews of Scotland and St. Andrews of Scotland International continue to supply infringing trademarks that are being used to reap unfair profit from the fame, reputation and good will associated with St Andrews Links.

86.     St. Andrews of Scotland and St. Andrews of Scotland International are contributorily responsible for all harm to St Andrews Links' trademarks, reputation and goodwill resulting from Streetwear's conduct, including, but not limited to, harm resulting from all counts of this Complaint.

87.     Unless the conduct of St. Andrews of Scotland and St. Andrews of Scotland International is enjoined, St Andrews Links' reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

## COUNT VIII
### Vicarious Liability
### Against St. Andrews of Scotland & St. Andrews of Scotland International

88.     St Andrews Links specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

89.     Pursuant to the licensing agreement between Streetwear, St. Andrews of Scotland and St. Andrews of Scotland International, all Defendants are in an actual partnership, have the authority to bind one another in transactions with third parties or otherwise exercise joint ownership and control over the infringing trademarks.

90.     St. Andrews of Scotland and St. Andrews of Scotland International are acting in concert with Streetwear in infringing upon St Andrews Links' trademarks and in damaging St Andrews Links' reputation and good will.

91.     St. Andrews of Scotland and St. Andrews of Scotland International are vicariously responsible for all harm to St Andrews Links' trademarks, reputation and goodwill resulting from Streetwear's conduct, including, but not limited to, harm resulting from all counts of this Complaint.

92.     Unless the conduct of St. Andrews of Scotland and St. Andrews of Scotland International is enjoined, St Andrews Links' reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.


**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff St Andrews Links Limited respectfully requests that this Court:

i.      Preliminary and permanently enjoin Defendants from using St Andrews Links' trademarks and any confusingly similar designations and require Defendants to discontinue its current infringing practices.

ii.     Enter judgment in favor of plaintiff St Andrews Links on the counts asserted herein and award St Andrews Links all damages caused by the acts forming the basis of this Complaint, including, without limitation, Defendants' profits and St Andrews Links' actual damages.

iii.  Award treble damages to St Andrews Links pursuant to 15 U.S.C. §1117(a) due to Defendants' willful, knowing, and intentional infringement of St Andrews Links' trademarks.

iv.  Award statutory damages to St Andrews Links pursuant to 15 U.S.C. §1117(c) due to Defendants' counterfeiting St Andrews Links trademarks.

v.  Order Defendants to pay St Andrews Links the cost of this action and St Andrews Links' reasonable attorneys' fees pursuant to 15 U.S.C. §1117(a).

vi.  Order Defendants to destroy all products, items, articles, labels, signs, prints, packages, wrappers, receptacles and advertisements bearing any of St Andrews Links' trademarks pursuant to 15 U.S.C. § 1118.

vii.  Order St. Andrews of Scotland and St. Andrews of Scotland International to cease all use of "St Andrews" as part of its trade name.

viii.  Award St Andrews Links such further relief as it deems just, proper and equitable.


**JURY DEMAND**

St Andrews Links Limited demands a trial by jury on all issues so triable.



Dated:  December 13, 2012            Respectfully submitted,

**NIXON PEABODY LLP**

 */s/  Mark D. Robins*
Mark D. Robins, Esq. (BBO# 559933)
Tarae L. Howell, Esq. (BBO# 679500)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
Tel:  (617) 345-1000
Fax:  (617) 345-1300
Email: mrobbins@nixonpeabody.com
            thowell@nixonpeabody.com

Attorneys for St Andrews Links Limited

# EXHIBIT 1

| | |
|---|---|
| **To:** | St. Andrews of Scotland International Lt ETC. (mzietlow@clarkhill.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77276650 - ST.ANDREWS OF SCOTLA - 000131882-01 |
| **Sent:** | 7/24/2008 4:06:32 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     77/276650

**MARK:** ST.ANDREWS OF SCOTLA

# *77276650*

**CORRESPONDENT ADDRESS:**
Mark H. Zietlow
Clark Hill PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids MI 49503

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**     St. Andrews of Scotland
International Lt ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
000131882-01
**CORRESPONDENT E-MAIL ADDRESS:**
mzietlow@clarkhill.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE:** 7/24/2008

In addition to the issues raised in the Office action dated July 2, 2008, which are incorporated by reference herein, applicant must also address the issue(s) below. Applicant must respond to all issues raised in this Office action, as well as in the previous Office action of July 2, 2008, within six (6) months of the mailing date of this Office action. If applicant does not respond within this time limit, the application will be abandoned.

The following requirements are noted for the record, satisfied and withdrawn: information request and identification of services. TMEP §714.04.

However, upon further review, the examining attorney withdraws the Section 2(e)(3)/2(a) geographically deceptive refusal and issues a Section 2(a) false connection refusal in this NON-FINAL Action for the reasons set forth below. The Office apologizes for any inconvenience.

## SECTION 2(a) REFUSAL – FALSE CONNECTION

Registration is refused because the applied-for mark consists of or includes matter which may falsely suggest a connection with the famous golf destination in Scotland, St. Andrews. Although the town and golf courses of St. Andrews are not connected with the goods provided by applicant under the applied-for mark, St. Andrews is so famous that consumers would presume a connection. Trademark Act Section 2(a), 15 U.S.C. §1052(a); *see* TMEP §§1203.03, 1203.03(e). *See generally Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); *In re Nuclear Research Corp.*, 16 USPQ2d 1316 (TTAB 1990); *Univ. of Ala. v. BAMA-Werke Curt Baumann*, 231 USPQ 408 (TTAB 1986); *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *Buffett v. Chi-Chi's, Inc.* , 226 USPQ 428 (TTAB 1985).

The following is required for a showing of false connection under Trademark Act Section 2(a):

> (1)     The mark sought to be registered is the same as, or a close approximation of, the name or identity of another person or institution;

> (2)     The mark would be recognized as such, in that it points uniquely and unmistakably to that person or institution;

> (3)     The person or institution identified in the mark is not connected with the goods sold or services performed by applicant under the mark; and

> (4)     The fame or reputation of the named person or institution is of such a nature that a connection with such person or institution would be presumed when applicant's mark is used on its goods and/or services.

*In re Nuclear Research Corp.*, 16 USPQ2d 1316, 1317 (TTAB 1990); *In re Cotter & Co.*, 228 USPQ 202, 204 (TTAB 1985); *Buffett v. Chi-Chi's, Inc.* , 226 USPQ 428, 429 (TTAB 1985); TMEP §1203.03(e).

The fact that applicant did not intend to adopt the name of, or trade upon the goodwill of, the named person or institution does not obviate a false connection refusal. Trademark Act Section 2(a) does not require such intent. TMEP §1203.03(e); *see, e.g., S & L Acquisition Co. v. Helene Arpels, Inc.*, 9 USPQ2d 1221 (TTAB 1987); *Consol. Natural Gas v. CNG Fuel Sys., Ltd.*, 228 USPQ 753 (TTAB 1985). However, evidence of such intent is highly probative that the public will make the intended false

connection. *Univ. of Notre Dame du Lac v. J.C. Gourmet Food Imps. Co.*, 703 F.2d 1372, 217 USPQ 505 (Fed. Cir. 1983); TMEP §1203.03(e).

If applicant's goods and/or services are of a type that the named person or institution sells or uses, and the named party is sufficiently famous, then it may be inferred that purchasers of the goods and/or services would be misled into making a false connection of sponsorship, approval, support or the like with the named party. *In re Cotter & Co.*, 228 USPQ 202 (TTAB 1985); *In re Nat'l Intelligence Acad.* , 190 USPQ 570 (TTAB 1976).

The fact that purchasers would realize, at some point after purchase, that no connection exists between the listed goods and/or services and the person or institution falsely connected, is not relevant. The focus is on "the initial reaction or impact of the mark when viewed in conjunction with the applicable goods or services." *In re Bicentennial Soc'y* , 197 USPQ 905, 906 (TTAB 1978) (quoting *In re Nat'l Intelligence Acad.*, 190 USPQ 570, 572 (TTAB 1976)).

In this case, the town and golf courses of St. Andrews, Scotland are extremely famous for being the birthplace of golf and home to the British Open. St. Andrews is a major tourist destination and offers resort hotels and top amenities for travelers. In sum, the place St. Andrews is so famous that consumers viewing the mark ST. ANDREWS OF SCOTLAND are likely to make a false association with the real place in Scotland. Applicant has already admitted that its goods/services have no association with the geographic place named. *See* the attached information from www.wikipedia.org and www.standrews.org.uk.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney.

> Toby E. Bulloff
> /Toby E. Bulloff/
> Trademark Examining Attorney
> Law Office 117
> p: (571) 270-1531
> f: (571) 270-2531

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

http://en.wikipedia.org/wiki/St_Andrews     07/24/2008 03:31:22 PM



# St Andrews

From Wikipedia, the free encyclopedia

(Redirected from St. Andrews)

**This article needs additional citations for verification.**
Please help improve this article by adding reliable references. Unsourced material may be challenged and removed. (October 2007)

*For other uses, see St Andrews (disambiguation).*

**St Andrews** (Scottish Gaelic: *Cill Rimhinn*) is a town and former royal burgh on the east coast of Fife, Scotland. It is named after Saint Andrew the Apostle. It has a population of about 18,000, and stands on the North Sea coast between Edinburgh and Dundee. It is home to Scotland's oldest university, the University of St Andrews.

From mediaeval times until the Reformation, St Andrews was the ecclesiastical capital of Scotland: its bishop being the primus of the Scottish church. Today, its historic cathedral lies in ruins.

The town of St Andrews is known worldwide as the "home of golf". This is in part because the Royal and Ancient Golf Club, founded in 1754, exercises legislative authority over the game worldwide (except in the United States and Mexico), and also because the famous links (acquired by the town in 1894) is the most frequent venue for The Open Championship, the oldest of golf's four major championships. Visitors travel to St Andrews in great numbers for several courses ranked amongst the finest in the world, as well as for the sandy beaches.

The Martyrs Memorial, erected to the honour of Patrick Hamilton, George Wishart, and other martyrs of the Reformation epoch, stands at the west end of the Scores on a cliff overlooking the sea.

## Contents [hide]

1 History
2 Weather and Climate
3 Buildings
  3.1 Cathedral
  3.2 St Rule's Tower
  3.3 Castle
  3.4 Parish Church of the Holy Trinity
  3.5 Chapel of the Blackfriars
4 Education
  4.1 The University of St Andrews
  4.2 Madras College
  4.3 St Leonards
5 Leisure
6 Representation
7 Trivia
8 See also
9 External links
10 References

### St. Andrews

| | |
|---|---|
| Scottish Gaelic: | *Cill Rìmhinn (modern);* |
| | *Cill Rìgmonaidh,* |
| | *Ceann Rìghmonaidh (obsolete)* |
| Scots: | *Sanct Androis* |

St. Andrews shown within Scotland

| | |
|---|---|
| Population | 14,209 [1] [a] |
| Council area | Fife |
| Lieutenancy area | Fife |
| Constituent country | Scotland |
| Sovereign state | United Kingdom |
| Post town | ST ANDREWS |
| Postcode district | KY16 |
| Dialling code | 01334 |
| Police | Fife |
| Fire | Fife |
| Ambulance | Scottish |
| European Parliament | Scotland |

## History     [edit]

article   discussion   edit this page   history

Wikipedia is sustained by people like you. Please donate today.     Log in / create account

navigation
- Main page
- Contents
- Featured content
- Current events
- Random article

search
Go | Search

interaction
- About Wikipedia
- Community portal
- Recent changes
- Contact Wikipedia
- Donate to Wikipedia
- Help

toolbox
- What links here
- Related changes
- Upload file
- Special pages
- Printable version
- Permanent link
- Cite this page

languages
- Български
- Česky
- Deutsch
- Español
- العربية
- Français
- Gàidhlig
- Magyar
- 日本語
- Norsk (bokmål)
- Polski
- Русский

http://en.wikipedia.org/wiki/St_Andrews          07/24/2008 03:31:22 PM

- Scots
- Simple English
- Suomi
- Svenska
- 中文

## History

| | European Parliament | Scotland |
|---|---|---|
| | UK Parliament | North East Fife |
| | Scottish Parliament | Fife North East |
| | | Mid Scotland and Fife |
| | List of places: UK • Scotland | |

A Pictish stronghold probably stood on the site of St Andrews, and tradition declares that Kenneth, the patron saint of Kannoway, established a *Céli Dé* monastery here in the 6th century. The place is not actually attested in contemporary records until 747, when the Irish annals report the death of *Céli Dé*, abbot of "Cennrigmonaid" (Old Irish for "head of the King's *monad*", *monad* being a broad term meaning anything from "mountain" to "pastureland"). The foundations of the little church dedicated to the Virgin were discovered on the Kirkheugh in 1860. Another *Céli Dé* church of St Mary on the Rock is supposed to have stood on the Lady's Craig, now covered by the sea.

In the 12th and 13th centuries, the settlement had the name of **Kilrymont** (a Normanized spelling of *Céli Rigmonaid*, "the church of the King's *monad*") or of **Muckross** ("the promontory of the boars"). Another legend tells how *Saint Regulus* or Rule (Riagail), the bishop of Patras, Achaea, was guided hither bearing the relics of Saint Andrew. The Pictish king Angus MacFergus gave him a tract of land called the "Boar's Raik", perhaps preserved in the nearby settlement of Boarhills of the present day, and the name of the spot was changed to "St Andrews".

St Andrews is said to have become a bishopric in the 9th century, and when the Pictish and Scottish churches merged in 908, the primacy was transferred to it from Dunkeld, its bishop becoming thereafter known as "bishop" or "high bishop of Scotland" (*archiepiscop Alban*). It became an archbishopric during the primacy of Patrick Graham (1466 - 1478). The town was created a royal burgh in 1124.

In the 16th century St Andrews functioned as one of the most important ports north of the Forth and allegedly had 14,000 inhabitants, but it fell into decay after the violent Scottish Reformation and the English Civil War. Daniel Defoe says that when he saw it one-sixth of its houses were ruinous and the sea had so encroached on the harbour that it was never likely to be restored; but the slight improvement in trade and public spirit which Bishop Pococke seemed to detect in 1760 continued throughout the 19th century.

Still, by the late-19th century the town was dilapidated. The masters at the university complained of the conditions and contemplated moving either to Perth or to Dumfries. In the 1960s, the town was revitalised by growth in the university and the growing popularity of golf.

## Weather and Climate                                                    [edit]

St Andrews has a temperate maritime climate, which is relatively mild despite its northerly latitude. Winters are not as cold as one might expect, considering that Moscow and Labrador in Newfoundland and Labrador lie on the same latitude. Daytime temperatures rarely fall below freezing and average around 5 °C. Night-time frosts are not uncommon, however snowfall is increasingly rare. The lowest winter temperature recorded in St Andrews is -14 °C, but this is exceptional.[citation needed] Summer temperatures are normally moderate, with daily upper maxima rarely exceeding 25 °C. Being on the east coast of Scotland, it is often subject to the fog, or "haar" which rolls off the North Sea and can linger for several days at a time.

## Buildings                                                              [edit]



St Andrews, from the top of St Rule's Tower

  

### Cathedral                                                             [edit]

*Main article: St Andrew's Cathedral, St Andrews*

The ruins of the Cathedral of St Andrew, at one time Scotland's largest building, originated in the priory of Canons Regular founded by Bishop Robert (1122 - 1159). It was not completed and consecrated until 1318 in the reign of Robert the Bruce (1306-



St Andrew's cathedral ruins

was not completed and consecrated until 1318 in the reign of Robert the Bruce (1306–29). The Cathedral and its associated conventual buildings were sacked and gradually became ruinous after the Reformation in 1559 as stone from the cathedral was used for local buildings. At the end of the 17th century, some of the priory buildings remained entire and considerable remains of others existed, but nearly all traces have now disappeared except much of the defensive Priory wall, with its towers and gates. To the west of the Cathedral, the 14th century main gateway into the Cathedral precinct, known as the Pends; also survives.



View of the cathedral grounds from the top of St Rule's Tower.

Apart from most of the east and west gables, the south nave wall, and parts of the south transept, the Cathedral itself has been reduced to its foundations by stone robbing. Fragments can be found built into the older buildings throughout the town. A site museum (Historic Scotland; entrance charge) contains an impressive collection of stonework from all phases of the Cathedral's history, from early medieval to 17th century. The most important single piece is the St Andrews Sarcophagus, a masterpiece of 8th century Pictish sculpture.

## St Rule's Tower                                                                                          [edit]



St Rule's Tower

St Rule's tower is located in the Cathedral grounds but predates it, probably itself having been part of the Cathedral up to the early 12th century. The building was retained to allow worship to continue uninterrupted during the building of its much larger successor. Originally, the tower and adjoining choir were part of a church built probably in the 11th century to hold the relics of St Andrew. The nave, with twin western turrets, and the apse of the church no longer stand. The church's original appearance is illustrated in stylised form on some of the early seals of the Cathedral Priory. Legend credits St Rule (also known as St Regulus) with bringing relics of St Andrew to the area from their original location at Patras in Greece. Today the tower commands an admirable view of the town, harbour, sea, and surrounding countryside. Beautifully built in grey sandstone ashlar, and immensely tall, it is a land- and sea-mark seen from many miles away, its prominence doubtless meant to guide pilgrims to the place of the Apostle's relics. In the Middle Ages a spire atop the tower made it even more prominent. The tower was originally ascended using ladders between wooden floors, but a stone spiral staircase was inserted in the 18th century (Historic Scotland; entrance charge to Tower and site museum).

## Castle                                                                                                   [edit]

*Main article: St Andrews Castle*



St Andrews Castle

The picturesque ruins of St Andrews Castle stand on a rocky promontory much worn away by the sea. Bishop Roger supposedly erected the first stone castle on the site about the beginning of the 13th century as an episcopal residence, strongly fortified. English invaders frequently captured it, and after its recapture by the Scottish regent, Andrew Murray, in 1336-37, it was destroyed lest it should fall into their hands. Towards the close of the century Bishop Trail rebuilt it in the form of a massive five-sided enclosure with a moat on the south and west sides. James I spent some of his early years within it under the care of Bishop Wardlaw, and it was the birthplace of James III in 1445. From a window in the castle Cardinal Beaton witnessed the burning of the Protestant reformer George Wishart (1546) for the crime of heresy, and in the same year a party of Reformers murdered Beaton within it. The Castle was taken from the conspirators by the French, after a year-long siege, among the prisoners captured being John Knox.

## Parish Church of the Holy Trinity                                                                        [edit]

Bishop Thurgot founded the town church (officially known as the Parish Church of the Holy Trinity) in 1112. Originally standing close to the east end of the Cathedral, the parish church was moved in the 15th century to a new site on the north side of South Street. This was one of Scotland's largest parish churches, with a round-pillared nave and chancel, and a north-west tower crowned by a stone spire. Largely rebuilt in the 18th century, the church was restored to a (more elaborately decorated) approximation of its medieval appearance in the early 20th century. Only the tower, part of the west wall and the internal pillars survive from the original building. In this church John Knox first preached in public (May or June) 1547, and in it, on 4 June 1559, he delivered the famous sermon from St Matthew xxi. 12, 13, which led to the stripping of the Cathedral and the destruction of the monastic buildings. Holy Trinity contains an elaborate monument in white marble to James Sharp, Archbishop of St Andrews (assassinated 1679). A rare survival from the Middle Ages are a few of the church's elegantly carved

choir stalls, thought to have been carved by the famous French sculptor James Bentley.

Holy Trinity Parish Church is a congregation of the Presbyterian Church of Scotland. The current (2008) minister is the Rev. Rory MacLeod and the Associate Minister is the Rev. Dr. Ian C. Bradley.

The town also has other churches, including three other Church of Scotland congregations (St Leonard's, Martyrs' and Hope Park), a Free Church of Scotland, two Scottish Episcopal Church congregations (St Andrew's and All Saints'), a Baptist church, a Roman Catholic church (St James' built in 1909), the Eden Fellowship, a Gospel Hall, a Religious Society of Friends (Quaker) Meeting House and a Kingdom Vineyard Fellowship.

## Chapel of the Blackfriars [edit]

In South Street stands the elegant late medieval ruin of the north transept of the chapel of the Dominican Friary, founded by Bishop Wishart in 1274, the only part of the House of the Blackfriars to remain above ground.

All traces of the Observantine Franciscan Friary founded about 1450 by Bishop Kennedy have disappeared, except the well and a small section of boundary wall.

## Education [edit]

### The University of St Andrews [edit]

*Main article: University of St Andrews*



St Andrews University classics building.

The University of St Andrews owed its origin to a society formed in 1410 by Lawrence of Lindores, abbot of Scone, Richard Cornwall, archdeacon of Lothian, William Stephenson, afterwards bishop of Dunblane, and a few others. Bishop Henry Wardlaw (died 1440) issued a charter in 1411 and attracted the most learned men in Scotland as professors. In 1413 Avignon Pope Benedict XIII issued six bulls confirming the charter and constituting the society a university. Lectures took place in various parts of the town until 1430, when Wardlaw allowed the lecturers the use of a building called the Paedagogium, or St Johns College. Bishop Kennedy founded and richly endowed St Salvator's College in 1450; seven years later it gained the right to confer degrees in theology and philosophy, and by the end of the century was regarded as a constituent part of the university.

Ruins of Blackfriars Chapel, St. Andrews

In 1512 Prior John Hepburn and Archbishop Alexander Stewart founded St Leonard's College on the site of the buildings which at one time served as a hostel for pilgrims. In the same year Archbishop Stewart nominally changed the original *Paedagogium* into a college and annexed to it the parish church of St Michael of Tarvet; but its actual erection into a college did not take place until 1537, when it was dedicated to the Blessed Virgin Mary of the Assumption. The outline of the ancient structure has survived, but various restorations have much altered its general character. It forms two sides of a quadrangle, the library and principal's residence standing on the north and the lecture rooms and the old dining-hall to the west.

The University library, which now includes the older college libraries, was founded in 1612, rebuilt in 1764, and improved in 1829 and 1889 - 1890. The lower hall in the older part of the building was used at times as a provincial meeting-place for the Scottish Parliament. When the constitution of the colleges was remodelled in 1579 St Mary's was set apart for theology; and in 1747 the colleges of St Salvator and St Leonard were formed into the United College. A co-educational school now occupies the buildings of St Leonards.

The University retains ownership of the tiny St Leonards college chapel, and candle-lit services take place weekly during term-time. The United College occupies the site of St Salvator's College, but, with the exception of the college chapel, the entrance gateway and clock tower (152 feet high) and the janitor's house with some classrooms above, the original buildings have been removed. The chapel is now used as the university chapel, and is a fine Gothic structure, containing an elaborate tomb of Bishop Kennedy and Knox's pulpit.



The modern buildings, in the Jacobean style, were erected between 1827 and 1847. University College, Dundee, became in 1890 affiliated to the University of St Andrews. The House of Lords set aside this arrangement in 1895, but a re-affiliation took

1890 affiliated to the University of St Andrews. The House of Lords set aside this arrangement in 1895, but a re-affiliation took place in 1897. This affiliation ended in 1967 with the founding of the University of Dundee. In 1897 - 1889 a common dining-hall for the students was established; in 1892 provision was made within the university for the instruction of women, and in 1896 a permanent building was opened for the board and residence of women students. To the south of the library, the Bute Medical Buildings, erected by the munificence of the 3rd Marquess of Bute, was opened in 1899. It was during the principalship of Dr James Donaldson, who succeeded John Tulloch (1823 - 1886), that most of the modern improvements were introduced.



St Salvator's Chapel

### Madras College

[edit]

*Main article: Madras College*

Madras College, founded and endowed by Dr Andrew Bell (1755-1832), a native of the town, is a famous school.

### St Leonards

[edit]

*Main article: St Leonards School*

St Leonards[2]ᵂ, founded in 1877 as an all-girls school, is now a co-educational school for 3-18 year olds.

### Leisure

[edit]



Royal & Ancient Golf Club of St Andrews and former Hamilton Hall

St Andrews has a variety of sporting activities open to the public. The East Sands Leisure Centre, which sits on the outskirts of the town, is a popular place for tourists wishing to swim, play pool or even keep fit in the gym. On the local East Sands beach, surfing is possible though big waves are a rarity that are more common during the winter months. Kite flying is often found on the West Sands beach. Being the "Home of Golf", it is understandable that golf is St Andrews' most popular sport. Where it may cost £130 for an adult to play on the Old Course (as of 2008)[3]ᵂ, it costs only a fraction of that to play on some of the other links courses. There are 7 links golf courses in all; Old, New, Jubilee, Eden, Strathtyrum, Balgove and the Castle Course.

Other places of interest:

- St Andrews Tennis Club
- St Andrews University Sports Centre
- Madras Rugby Club
- St Andrews Links Golf Driving Range

### Representation

[edit]

Prior to 1975 the town was governed by a council, provost and bailies. In 1975, St Andrews came under Fife Regional Council and North East Fife District Council, since merged to create a single-tier Fife Council. St Andrews retains its own Community Council.

According to the 1911 records, the town gave its name to the district group of burghs for returning one member to parliament, the other constituents being the two Anstruthers, Crail, Cupar, Kilrenny and Pittenweem. Currently, St Andrews is part of the North East Fife Parliamentary Constituency, which is represented in the UK Parliament by Sir Menzies Campbell CBE QC MP and in the Scottish Parliament by Iain Smith MSP.

CBE, QC MP and in the Scottish Parliament by Iain Smith MSP.

## Trivia [edit]

According to a plaque in St Andrews, the first dollar symbol was cast in a type-foundry in Philadelphia in 1797 that belonged to a Scots emigrant John Baine. John Baine and Alexander Wilson, the father of Scottish type-founding, had been supported by Bailie Bell of St Andrews. Bailie Bell was the father of the educationalist Andrew Bell who established Madras College.

The British actress Judi Dench will be awarded an honorary degree by the St Andrews University. She will be made a Doctor of Letters (D.Litt) on Tuesday 24 June 2008. Distinguished actress to be honoured by University.



The plaque on the footpath on the corner of South Street and Church Street in St Andrews.

## See also [edit]

- Bishop of St Andrews
- Celtic art - Pictish stones at St Andrews
- St. Andrew's Presbyterian Church[4]

## External links [edit]

- Royal Burgh of St Andrews Community Council
- St Andrews travel guide from Wikitravel
- St Andrews Links
- St Andrews Golf Blog - Information on golf in St Andrews and the surrounding areas

## References [edit]

- This article incorporates text from the Encyclopædia Britannica Eleventh Edition, a publication now in the public domain.

| Bishops and Archbishops of St Andrews | [hide] |
|---|---|

**[Known] Pre-Norman Bishops**

Cellach I · Fothad I · Máel Ísu I · Cellach II · Máel Moire · Máel Ísu II · Ailín · Máel Dúin · Túathal · Fothad II · Giric · Cathróe

**Norman and Post-Norman Bishops**

Turgot · Eadmer · Robert de Scon · Ernald · Richard · John the Scot · Hugh · Roger de Beaumont · William de Malveisin · Geoffrey de Liberatione · David de Bernham · Robert de Stuteville · Abel de Gullane · Gamelin · William Wishart · William Fraser · William de Lamberton · James Bane · William Bell · William de Landallis · Stephen de Pa · Walter Trail · Thomas Stewart · Walter de Danielston · Gilbert de Greenlaw · Henry Wardlaw · James Kennedy · Patrick Graham

**Pre-Reformation Archbishops**

Patrick Graham · James Stewart · Alexander Stewart · John Hepburn · Innocenzo Cybo · Andrew Forman · James Beaton · David Beaton · John Hamilton · Gavin Hamilton

**Post-Reformation Archbishops**

John Douglas · Patrick Adamson · George Gledstanes · John Spottiswoode · James Sharp · Alexander Burnet · Arthur Rose



Categories: St Andrews | Royal burghs | Towns in Fife | University towns | Former cities in Scotland

This page was last modified on 19 July 2008, at 23:01.      All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.)
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.
Privacy policy      About Wikipedia      Disclaimers





open to all, as are the golf practice centre and the
three clubhouses.

The Castle Course: the seventh course
Bookings now being accepted
Tournament entry forms and lists of entrants 2008
Booking golf at St Andrews Links
Guided walks on the Old Course
St Andrews Links Golf Academy
Gift vouchers now available
Links News - July newsletter online
Vacancies at the Links
Seasonal and full-time opportunities
Three day winter golf package
St Andrews Golf - eight courses online

| Old Course Ballot Results | Book Golf Online | Official Merchandise |
|---|---|---|
| To enter, phone 01334 466666 or hand in a ballot card by 2pm on the day before you want to play | Reserve tee times at St Andrews Links and The Castle Course | Golf wear and golf gifts with the 2010 Open, Old Course, and St Andrews Links logos |

Charity Number SC 006161

© St Andrews
Links Trust 2008

Welcome · Golf · News · Shop Online · Book Online · Events · Your Visit · Contact · Search

| | |
|---|---|
| **To:** | St. Andrews of Scotland International Lt ETC. (mzietlow@clarkhill.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77276650 - ST.ANDREWS OF SCOTLA - 000131882-01 |
| **Sent:** | 7/24/2008 4:06:32 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 7/24/2008 FOR APPLICATION SERIAL NO. 77276650

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77276650&doc_type=OOA&** (or copy and paste this URL into the address field of your browser), or visit **http://tmportal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from **7/24/2008**.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
## 1. The USPTO will NOT send a separate e-mail with the Office action attached.

## 2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.