IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST ANDREWS LINKS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ST. ANDREWS OF SCOTLAND, LLC,<br>ST. ANDREWS OF SCOTLAND<br>INTERNATIONAL, LLC,<br>STREETWEAR, INC.<br>Defendants | Civil Action No. 1:12-cv-12321-DJC<br><br>**CONSENT JUDGMENT AND<br>ORDER OF PERMANENT<br>INJUNCTION** |

In order to effectuate and implement the Settlement Agreement by and between St Andrews Links Limited ("St Andrews Links"), on the one hand, and St. Andrews of Scotland International, LLC ("SAOS International"), St. Andrews of Scotland, LLC ("SAOS"), and David W. Morgan ("Morgan"), on the other hand, (collectively, the "Parties"), a copy of which is attached as Exhibit A (hereinafter referred to as the "Settlement Agreement"); and the Parties having submitted themselves to the Court's jurisdiction; and the Court having found that entry of this Consent Judgment and Permanent Injunction is necessary and proper to consummate the settlement of the action;

NOW, THEREFORE, upon agreement of the Parties, it is ORDERED, ADJUDICATED, and DECREED as follows:

1. SAOS International and its officers, directors, agents, servants, employees, attorneys, successors, assigns, and all persons acting in concert or participation with them (including, without limitation, Morgan and SAOS), are hereby ENJOINED from any and all use of the St Andrews Marks and St Andrews Trade Dress, as defined in the Settlement Agreement attached as Exhibit A hereto, or any confusingly similar variations thereof, whether in whole or

12

in combination with other terms or symbols, including, but not limited to, "ST ANDREWS OF SCOTLAND," as a trademark, service mark, trade name, domain name and/or any other source identifier or use in the marketing, advertising, production and/or sale of goods or services.

2. Within 15 calendar days of the entry of this Consent Judgment and Permanent Injunction, the SAOS International is ORDERED to disclose, to the extent not disclosed in exhibits to the Settlement Agreement and to the extent they are in SAOS International's possession or control, the names of any and all entities to which SAOS International and its officers, directors, agents, servants, employees, attorneys, successors, assigns, and all persons acting in concert or participation with them (including, without limitation, Morgan and SAOS) have, or have had, any licensing agreements for the use of the St Andrews Marks, including, but not limited to, ST ANDREWS or any confusingly similar variations thereof, whether in whole or in combination with other terms, including, but not limited to, "ST ANDREWS OF SCOTLAND".

3. Within 15 calendar days of the entry of this Consent Judgment and Permanent Injunction, the SAOS International and its officers, directors, agents, servants, employees, attorneys, successors, assigns, and all persons acting in concert or participation with them (including, without limitation, Morgan and SAOS) are ORDERED to remove any and all advertising wherever and in whatever media and destroy any and all goods and/or marketing materials within the possession or control of SAOS International bearing the St Andrews Marks and St Andrews Trade Dress, including, but not limited to, ST ANDREWS or any confusingly similar variations thereof, whether in whole or in combination with other terms, including, but not limited to, "ST ANDREWS OF SCOTLAND."

13

09515387459

Case 1:12-cv-12321-DJC Document 48 Filed 04/10/13 Page 3 of 4
Case 1:12-cv-12321-DJC Document 45 Filed 03/22/13 Page 3 of 146

https://ecf.mad.circ1.dcn/doc1/09515387459

4. This Court shall retain continuing jurisdiction over the Parties for the purpose of entering enforcement orders of this Consent Judgment and Permanent Injunction and enforcing the Settlement Agreement.

5. Except insofar as the Parties have stipulated to the entry of injunctive relief in favor of St Andrews Links and against SAOS International in this action, all claims and counterclaims in this action are hereby dismissed with prejudice. Except insofar as the Parties have stipulated or agreed otherwise, each party shall bear its own attorney's fees and cost.

ST ANDREWS LINKS LIMITED,

By its attorneys,

Mark D. Robins, Esq. (BBO# 559933)
Tarae L. Howell, Esq. (BBO# 679500)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
Tel: (617) 345-1000
Fax: (617) 345-1300
Email: mrobins@nixonpeabody.com
thowell@nixonpeabody.com

Dated: March 22, 2013

Consented and agreed to:

ST ANDREWS OF SCOTLAND INTERNATIONAL, LLC

By its attorney,

3/22/2013

Stephen C. Thomas, Esq. (Florida Bar #: 0641006)
Hayworth, Chaney & Thomas, P.A.
202 North Harbor City Blvd., Suite 300

14

Melbourne, FL 32935
Tel: (321) 253-3300
Fax: (321) 253-2546
sthomas@hctbusinesslaw.com

SO ORDERED:

Dated: April 9, 2013

/s/ Denise J. Casper
United States District Court
District of Massachusetts

15